UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x

In Re

B.A.R. Entertainment Management, Inc.

INDEX NUMBER: 04-20352

**Affirmation of Service of NOTICE OF MOTION & MOTION**

-----------------------------------------------x

STATE OF NEW YORK

COUNTY OF NEW YORK        ss:

**John Johnson** being duly admitted to practice before Courts of the State of New York and the Federal Courts within the Southern District of New York deposes and says:

that (s) he is over the age of 18 years, is not a party to the above action, and has offices at 140 Broadway, 46th Floor in the City and State of New York, I am one of the attorneys for the Debtor in the above captioned action. That on January 3, 2005, and January 4, 2005, I personally placed a copy of the Plaintiff's Notice of Motion and Motion for Dismissal of the above referenced bankruptcy proceeding in the custody of the United States Postal Services, with the proper postage, and the same was mailed to the creditors listed in the bankruptcy petition.

Dated: New York, New York
January 4, 2005

_____
John Johnson, Esq.









**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
John Johnson
140 Broadway
NY NY 10005

One piece of ordinary mail addressed to:
CoPeLCo Capital Inc
One International Blvd
Mahwah NJ 074__

PS Form 3817, January 2001

Postmark: USPS Main Station, White Plains NY, JAN 3 2005
$0.90

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
John Johnson
140 B'way
NY NY 10005

One piece of ordinary mail addressed to:
Personalized Accounting
1501 B'way
Suite 1503
NY NY 10036

PS Form 3817, January 2001

Postmark: USPS Main Station, White Plains NY, JAN 3 2005
$0.90

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
J. Johnson
140 B'way
NY NY 10005

One piece of ordinary mail addressed to:
Lime Warner Cable
PO Box 6225
Carolstream IL 11555

PS Form 3817, January 2001
$0.90





**JOHN JOHNSON & ASSOCIATES**
**140 BROADWAY - 46TH Floor**
**NEW YORK, NEW YORK 10005**
**212-858-7759**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Index Number No.:   04-20352**

---

IN RE

B.A.R. ENTERTAINMENT MANAGEMENT, INC.

---

**AFFIRMATION OF SERVICE OF MOTION**

---

**TO:**                     Service of a copy of the within
                                        Is hereby admitted.
              **Dated:..............05.........**

Attorney(s) for  ...........................................

PLEASE TAKE NOTICE:.... Notice of Entry : that the within is a true copy of a           duly
entered in the office of the Clerk of the within named Court on           , 2005.

NOTICE OF SETTLEMENT: that and order            of which the
within is a true copy will be presented for settlement to the HON.         one of the
judges of the within named Court, at                    on         2005 at
Dated,                              Yours, etc.