UNITED STATES BANKRUPTCY COURT
Southern District of New York

-----------------------------------------------------------x
In Re:

    B.A.R. Entertainment Management, Inc.

CASE NO. 04-20352-rdd

AFFIDAVIT FOR REIMBURSEMENT
OF UNCLAIMED DIVIDENDS

-----------------------------------------------------------x

STATE OF: Washington )
                                   ) Social Security No/(TIN): _  (Dilks & Knopik, LLC)
                                   )                                 (John Johnson &
                                   ) Social Security No/(TIN): Associates)
COUNTY OF: King )

Dilks & Knopik, LLC of 35308 SE Center St, Snoqualmie, WA 98065, is the Attorney-in-Fact for John Johnson & Associates of 225 E. 99th St Apt 9E, New York, NY 10029, as indicated on the attached Power of Attorney, being duly sworn, deposes and says (to the best of its knowledge and belief):

    That John Johnson & Associates PC is a creditor of the above named debtor.

    That the funds were deposited in the name "Johnson & Johnson Associates PC" in error, no such creditor appears in either of the consolidated cases. The mailing matrix for Case #04-20352 shows John Johnson & Associates (Exhibit A). Furthermore, a, corrected, Notice of Deposit of Unclaimed Dividends has been entered at Docket #248.

    That B.A.R. Entertainment Management, Inc. was duly adjudged a debtor in the United States Bankruptcy Court for the Southern District of New York. That said creditor duly filed his/her claim, which was thereafter duly allowed.

    Dividends amounting to the sum of $8,256.40 remain unpaid.

    That the said claim has not been sold or assigned, and that it is still the property of deponent.

    It is therefore requested that the Clerk of this Court pay to John Johnson & Associates and/care of Dilks & Knopik, LLC the sum of $8,256.40.

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-fact for
John Johnson & Associates
35308 SE Center St,
Snoqualmie, WA 98065
(425) 836-5728

Sworn and subscribed to before
Me this 23rd day of March, 2016

Andrew T. Drake, Notary Public

Affix Corporate Seal

**PLEASE ATTACH COUNTY CLERK'S CERTFICIATE IF OTHER THAN A NEW YORK NOTARY**
**PLEASE FORWARD TO ATTENTION OF FINACIAL ADMINISTRATOR**



UNITED STATES BANKRUPTCY COURT
Southern District of New York

-----------------------------------------------------------x
In Re:

    B.A.R. Entertainment, Inc.

CASE NO. 05-22699-rdd

AFFIDAVIT FOR REIMBURSEMENT
OF UNCLAIMED DIVIDENDS

-----------------------------------------------------------x

STATE OF: Washington    )
    )  Social Security No/(TIN):    (Dilks & Knopik, LLC)
    )                                   (John Johnson &
    )  Social Security No/(TIN):    Associates)
COUNTY OF: King    )

Dilks & Knopik, LLC of 35308 SE Center St, Snoqualmie, WA 98065, is the Attorney-in-Fact for John Johnson & Associates of 225 E. 99th St Apt 9E, New York, NY 10029, as indicated on the attached Power of Attorney, being duly sworn, deposes and says (to the best of its knowledge and belief):

    That John Johnson & Associates PC is a creditor of the above named debtor.

    That the funds were deposited in the name "Johnson & Johnson Associates PC" in error, no such creditor appears in either of the consolidated cases. The mailing matrix for Case #04-20352 shows John Johnson & Associates (Exhibit A).

    That B.A.R. Entertainment, Inc. was duly adjudged a debtor in the United States Bankruptcy Court for the Southern District of New York. That said creditor duly filed his/her claim, which was thereafter duly allowed.

    Dividends amounting to the sum of $8,256.40 remain unpaid.

    That the said claim has not been sold or assigned, and that it is still the property of deponent.

    It is therefore requested that the Clerk of this Court pay to John Johnson & Associates and/care of Dilks & Knopik, LLC the sum of $8,256.40.

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-fact for
John Johnson & Associates
35308 SE Center St,
Snoqualmie, WA 98065
(425) 836-5728

Sworn and subscribed to before
Me this _17th_ day of _December_, 20 _15_

Andrew T. Drake, Notary Public

Affix Corporate Seal

**PLEASE ATTACH COUNTY CLERK'S CERTFICIATE IF OTHER THAN A NEW YORK NOTARY**
**PLEASE FORWARD TO ATTENTION OF FINACIAL ADMINISTRATOR**



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RE: B.A.R. Entertainment, Inc. ) | Case: 05-22699-rdd |
| ) | |
| ) | **AUTHORITY TO ACT** |
| ) | **Limited Power of Attorney** |
| ) | **Limited to one Transaction** |
| Debtor(s) ) | |

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **John Johnson & Associates** with a tax identification number of _____, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$8,256.40** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

1. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

2. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

3. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _____    Date __12/1/__, 20_15_
John Johnson - Sole Proprietor

| Staple Signatory's Business Card Here | Affix Corporate Seal Below<br>Or if Corporate Seal Unavailable Sign Affidavit Below: |
|---|---|
| | *AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*<br>*BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for John Johnson & Associates is presently unavailable to the undersigned*<br>BY: _____<br>John Johnson - Sole Proprietor |

**ACKNOWLEDGMENT**

STATE OF __NY__ )
COUNTY OF __NY__ )

On this _1_ day of __December__, _____, before me, the undersigned Notary Public in and for the said County and State, personally appeared John Johnson known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.
NOTARY PUBLIC _____
My Commission expires __02-28-19__

MARVIN DAVID
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #02DA5927250
COMM. EXP. __02-28-19__

UNITED STATES BANKRUPTCY COURT
Southern District of New York

-----------------------------------------------------------x
In Re:

  B.A.R. Entertainment Management, Inc.

-----------------------------------------------------------x

CASE NO. 04-20352-rdd

DECLARATION OF SERVICE

Brian J. Dilks of Dilks & Knopik, LLC declares under the penalty of perjury as follows:

    On March 23, 2016, I served an Affidavit for Reimbursement of Unclaimed Dividend on the United States Attorney for the Southern District of New York at:

    Jeannette Vargas
    Chief, Tax and Bankruptcy Unit
    United States Attorney's Office, SDNY
    86 Chambers Street
    New York, NY 10007

By first class mail, postage fully paid.

Executed: March 23, 2016

                                        Brian J. Dilks, Managing Member
                                        Dilks & Knopik, LLC

UNITED STATES BANKRUPTCY COURT
Southern District of New York

-----------------------------------------------------------x
In Re:

    B.A.R. Entertainment, Inc.

-----------------------------------------------------------x

CASE NO. 05-22699-rdd

DECLARATION OF SERVICE

Brian J. Dilks of Dilks & Knopik, LLC declares under the penalty of perjury as follows:

On December 17, 2015, I served an Affidavit for Reimbursement of Unclaimed Dividend on the United States Attorney for the Southern District of New York at:

    Jeannette Vargas
    Chief, Tax and Bankruptcy Unit
    United States Attorney's Office, SDNY
    86 Chambers Street
    New York, NY 10007

By first class mail, postage fully paid.

Executed: December 17, 2015

                              Brian J. Dilks, Managing Member
                              Dilks & Knopik, LLC

United States Bankruptcy Court
Southern District of New York

IN RE:                              )
                                    )
    B.A.R. Entertainment, Inc.      )    CASE NO. 05-22699-rdd
                                    )
DEBTOR(S)                           )    **CERTIFICATE OF INCUMBENCY**

I, _____John Johnson_____, __Sole Proprietor__ of
         Name                        Title

**John Johnson & Associates** hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

1. Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA, 98065 has been granted a Power of Attorney by John Johnson, Sole Proprietor of John Johnson & Associates to submit an Application for Payment of Unclaimed Funds seeking payment in the amount of $8,256.40 due and owing to John Johnson & Associates as a creditor in the above referenced bankruptcy case.

2. My name and position with the company is listed above and the address and telephone number are as follows:

    John Johnson & Associates
    225 E. 99th St Apt 9E
    New York, NY 10029-6844

3. John Johnson & Associates have neither previously received remittance for this claim nor have contracted with any other party other than the person named in item one above to recover these funds.

4. John Johnson is the Sole Proprietor of John Johnson & Associates and is authorized to sign on its behalf for the collection of the said unclaimed funds.

Dated: __12/1/2015__          _____
                                      Signature

Sworn to and subscribed before me this

__1__ Day of __December__ 20__15__.

_____
NOTARY PUBLIC, AT LARGE
STATE OF __New York__

[Notary Seal]



MARVIN DAVID
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #02DA5927250
COMM. EXP. 02-28-19

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-7<br>Case 04-20352-rdd<br>Southern District of New York<br>White Plains<br>Wed Dec 16 14:44:38 EST 2015 | B.A.R. Entertainment Management, Inc.<br>138 Elm Avenue<br>Mount Vernon, NY 10550-1639 | Colasanti & Iurato, LLP<br>500 Executive Boulevard, Suite 204<br>Ossining, NY 10562-2563 |
| John Johnson & Associates<br>140 Broadway<br>46th Floor<br>New York, NY 10005-1155 | New York City Dept. Of Finance<br>210 Joralemon Avenue<br>Attn: Bankruptcy Section<br>Brooklyn, NY 11201-3716 | Parking Violations Bureau<br>210 Joralemon Avenue<br>Brooklyn, NY 11201-3745 |
| Rattet, Pasternak & Gordon Oliver, LLP<br>550 Mamaroneck Ave.<br>Harrison, NY 10528-1609 | United States Attorney's Office<br>Southern District of New York<br>Attention: Tax & Bankruptcy Unit<br>86 Chambers Street, Third Floor<br>New York, NY 10007-1825 | United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-9449 |
| Wooten & Walker, P.C.<br>307 7th Avenue, Suite 504<br>New York, NY 10001-6078 | White Plains Division<br>300 Quarropas Street<br>White Plains, NY 10601-4140 | ADT Security Services, Inc.<br>POB 371967<br>Pittsburgh, PA 15250-7967 |
| Aetna<br>POB 77 W7445-120<br>Philadelphia, PA 19175-0001 | Capital One FSB<br>POB 85184<br>Richmond, VA 23285-5184 | Capital One, FSB<br>POB 85167<br>Richmond, VA 23285-5167 |
| Carter Ledyard & Milburn, LLP<br>2 Wall St.<br>New York, NY 10005-2072 | Cashzone Check Cashing Corp.<br>c/o Metropolitan National Bank<br>99 Park Avenue, 4th Fl.<br>New York, NY 10016-1501 | Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 |
| Chase Business Credit Card<br>POB 15907<br>Wilmington, DE 19886-0001 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citicorp. Vendor Finance, Inc.<br>1800 Overcenter Drive<br>Moberly, MO 65270-9466 |
| City of New York<br>Dept. of Finance<br>345 Adams St., 10th Fl.<br>Brooklyn, NY 11201-3719 | Copelco Capital, Inc.<br>One Internationa Blvd.<br>Mahwah, NJ 07495-0027 | Eureke Networks<br>POB 26562<br>New York, NY 10087-6562 |
| Federal Express Company<br>POB 371461<br>Pittsburgh, PA 15250-7461 | Federal Express Corp.<br>Attn.: Revenue Recovery/Bankruptcy<br>2005 Corporate Avenue, 2nd Fl.<br>Memphis, TN 38132-1796 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JP Morgan Chase Bank<br>Legal Holds & Levies Dept.<br>1985 Marcus Ave.<br>New Hyde, NY 11042-2008 | Ladas & Parry, LLP<br>West 61st ST.<br>New York, NY 10023 | Marshal Martin A. Bienstock<br>36-35 Bell Blvd.<br>POB 610700<br>Bayside, NY 11361-0700 |



```
N.Y. State Dept. Of Taxation And Finance      NYS Dept. of Tax & Finance        Northeast Verizon Wireless
Bankruptcy/Special Procedures Section         POB 5300                          AFNI / Verizon Wireless
P.O. Box 5300                                 Albany, NY 12205-0300             404 Brock Dr.
Albany, NY 12205-0300                                                           Bloomingham, IL 61701-2654


Office of the Sheriff                         Personalized Accounting Total Services, Inc.    Pitney Bowes
111 Grove Street                              1501 Broadway, Ste. 1503                        POB 856390
White Plains, NY 10601-2509                   New York, NY 10036-5505                         Louisville, KY 40285-6390


Ray D. Copeland                               Staples Credit Plan               Time Warner  Cable Services of NYC
1 Park Lane, Apt. 3B                          Dept. 22-0000049208               POB 9229
Mount Vernon, NY 10552-3463                   POB 9020                          Uniondale, NY 11565
                                              Des Moines, IA 50368


United States Trustee                         Verizon Wireless                  Westchester County Dept. Of Public Safety
33 Whitehall Street, 21st Floor               POB 17120                         CIVIL BUREAU
New York, New York 10004-2176                 Tucson, AZ 85731-7120             110 Grove Street, Room L217
                                                                                White Plains, NY 10601-2519


Arlene Gordon-Oliver                          Erica Feynman Aisner              James B. Glucksman
Arlene Gordon-Oliver, P.C.                    Delbello Donnellan Weingarten Wise & Wie    James B. Glucksman, Esq..
199 Main Street                               One North Lexington Avenue        100 Brush Hollow Close
Suite 203                                     White Plains, NY 10601-1722       Rye Brook, NY 10573-1600
White Plains, NY 10601-3204


Jeffrey L. Sapir-7                            John Johnson  ←                   Jonathan S. Pasternak
As Chapter 7 Trustee                          John Johnson & Associates         Rattet Pasternak, LLP
399 Knollwood Road                            140 Broadway - 46th Floor         550 Mamaroneck Avenue
Suite 102                                     New York, NY 10005-1155           Suite 510
White Plains, NY 10603-1936                                                     Harrison, NY 10528-1609


Julie Cvek Curley
DelBello Donnellan Weingarten Wise & Wie
One North Lexington Avenue, 11th Floor
White Plains, NY 10601-1722
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Citibank USA N.A.                             IRS                               (d)IRS
d/b/a Staples                                 290 Broadway                      IRS Insolvency Group 4
POB 9025                                      New York, NY 10007                290 Broadway, 5th Fl.
Des Moines, IA 50368                                                            New York, NY
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.




| | | |
|---|---|---|
| (u)Clerk's Office of the U.S. Bankruptcy | (u)IRS | (u)Personalized Accounting Total Services, In |
| (du)Personalized Accounting Total Services, I | (u)TypeWrite Word Processing Service | (u)Patricia A. Smalls |
| (u)Veronica Banton | End of Label Matrix<br>Mailable recipients   48<br>Bypassed recipients    7<br>Total                 55 | |

Exhibit A

#248
3/02/16

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X   Chapter 7

IN RE:                              Case No.04-20352(RDD)
                                           05-22699(RDD)
B.A.R. ENTERTAINMENT INC.           SUBSTANTIVELY
                                    CONSOLIDATED

              Debtors.

--------------------------------X

CORRECTED
TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS


TO: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN
    DISTRICT OF NEW YORK:

JEFFREY L. SAPIR, trustee of the estate of the above named debtor, corrects the distribution report heretofore filed with the court on February 18, 2014 to correct the name of the creditor and reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

   1. JOHN JOHNSON & ASSOCIATES
      140 BROADWAY, 46TH FLOOR
      NEW YORK, NEW YORK 10005              $8256.40

A check to your order in the sum of $8256.40 has heretofore been forwarded to and deposited with your office.

                            Respectfully submitted,
                            /s/ Jeffrey L. Sapir

                            JEFFREY L. SAPIR

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X    Chapter 7

IN RE:                                  Case No.
                                        04-20352 (RDD)
B.A.R. ENTERTAINMENT INC.,              05-22699
                                        SUBSTANTIVELY
                                        CONSOLIDATED
    Debtor.

-----------------------------------X
```

TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

TO: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

JEFFREY L. SAPIR, trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

1.  Johnson & Johnson Associates PC
    140 Broadway, 46th Floor
    New York, New York 10005          $8,256.40

A check to your order in the sum of $8,256.40 is enclosed representing the total of the aforesaid unclaimed dividend(s).

Respectfully submitted,

/s/ JEFFREY L. SAPIR
Jeffrey L. Sapir