UNITED STATES BANKRUPTCY COURT
Southern District of New York

-----------------------------------------------------------x

In Re:

    B.A.R. Entertainment Management, Inc.

-----------------------------------------------------------x

CASE NO. 04-20352-rdd

ORDER FOR REIMBURSEMENT
OF UNCLAIMED DIVIDENDS

      On February 18, 2014, the Trustee filed a Trustee's Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, US Bankruptcy Court, for deposit into the Registry of the Court in the amount of $8,256.40 on behalf of Johnson & Johnson Associates PC. On March 23, 2016, John Johnson & Associates c/o Dilks & Knopik, LLC filed a Petition seeking payment of this sum. The Petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

      ORDERED that the Clerk, US Bankruptcy Court, shall issue a check in the amount of $8,256.40, payable to John Johnson & Associates c/o Dilks & Knopik, LLC and shall send said check to payee at the following address: 35308 SE Center St, Snoqualmie, WA 98065.

      IT IS SO ORDERED this __7th__ day of _____April_____, 20_16_.

/ s / Hon. Cecelia Morris
United States Bankruptcy Judge

Application Submitted By:

Brian Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for John Johnson & Associates
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728